UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09–954 PA (PLAx) | Date | April 6, 2009 |
|---|---|---|---|
| Title | Masterfile Corporation v. Business Builders Coaching, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **IN CHAMBERS - ORDER TO SHOW CAUSE**

      On March 19, 2009, the Court issued an Order to Show Cause Regarding Dismissal for Lack of Prosecution ("March 19 OSC"). On March 30, 2009, plaintiff Masterfile Corporation ("Plaintiff") filed a response stating that it would "be filing an application for default judgment this week." On the basis of this representation, the Court discharged the March 19 OSC. Plaintiff failed to seek default. Instead, Plaintiff filed a First Amended Complaint. Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed, or sanctions imposed, or both, for failure to prosecute, and Plaintiff's misrepresentations to the Court. See L.R. 11-9, 83-7. Plaintiff's response to this Order to Show Cause shall be filed no later than April 17, 2009. Failure to respond may result in the imposition of sanctions, including but not limited to dismissal of the action.

      IT IS SO ORDERED.

                                                                                                                                                                                                                                   :

Initials of Preparer